UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT SACRAMENTO

| | |
|---|---|
| TRUSTEES ON BEHALF OF SUPPLEMENTAL INCOME 401(k) PLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BRANNON EQUIPMENT SALES 7 LEASING, LLC,<br><br>    Defendant. | No. 2:16-CV-01977-SB<br><br>**ORDER ACCEPTING SETTLEMENT AND ENTERING STIPULATION OF DISMISSAL** |

  Before the Court is the parties' joint Notice of Settlement and Request for Dismissal Without Prejudice, ECF No. 7.  The parties have reached a full settlement in this case, and the parties therefore request the case be dismissed without prejudice. The Court hereby accepts the stipulation and dismisses the case.

//
//
//
//
//
//

**ORDER ACCEPTING SETTLEMENT AND ENTERING . . . ^** 1

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The parties' Notice of Settlement and Request for Dismissal Without Prejudice, ECF No. 7, is accepted, and this order accepting it is **ENTERED** into the record.

2. This case is **DISMISSED WITHOUT PREJUDICE.** All pending deadlines and hearings are **VACATED**.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **CLOSE THE CASE**.

**DATED** this 31st day of October, 2016.

*signature*

Stanley A. Bastian
United States District Judge

**ORDER ACCEPTING SETTLEMENT AND ENTERING . . . ^ 2**